UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR POWELL, )
    Petitioner, ) Civil Action No.
 )
v. )
 )
DEPARTMENT OF HOMELAND SECURITY ) 05 10824 NMG
District Director, and )
BUREAU OF IMMIGRATION AND CUSTOMS
ENFORCEMENT, )
    Respondents,

## MOTION TO STAY EXECUTION

Now comes the petitioner before this Honorable Court and moves for a stay of execution of the deportation warrant lodged against him pending a hearing on his petition for a writ of habeas corpus. Petitioner makes his request in the interest of justice and fundamental fairness.

Date: April 25, 2005.

ARTHUR K. POWELL
By his attorney

_____
Peter J. Mitchell
B.B.O# 641852
P.O. Box # 4438
Springfield, MA 01101
(508) 755-4688