UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR POWELL,<br>    Petitioner, | )<br>)    Civil Action No.<br>) |
| v. | ) |
| DEPARTMENT OF HOMELAND SECURITY<br>District Director, and<br>BUREAU OF IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br>    Respondents, | **05 10824 NMG**<br>)<br>) |

## NOTICE OF APPEARANCE

I, Peter J. Mitchell, Esq., being a duly sworn member of the United States District Court, District of Massachusetts bar hereby enter my appearance in the above captioned matter on behalf of the petitioner, Arthur K. Powell.

Date: April 25, 2005

Peter J. Mitchell

B.B.O. # 641852
P.O. Box 4438
Springfield, MA 01101
(508) 755-4688