UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Arthur Powell,__
              Petitioner

V.

__Dept. of Homeland Security and Bureau__
__of Immigration and Customs Enforcement,__
              Respondent

CIVIL ACTION

NO.  __05-1082NMG__

## O R D E R

__GORTON__ , D. J.

    Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization .

    It is further ordered that the Respondent shall, within 60 days of receipt of this Order, or __prior to Petitioners scheduled deportation__, file an answer or other responsive pleading.

__4/29/05__
    Date

__/s/ Nathaniel M. Gorton__
    United States District Judge

(2241servINS.wpd - 09/00)              [2241serv.]