UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR POWELL,<br><br>    Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, DISTRICT DIRECTOR<br>and BUREAU OF IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 05-10824-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION TO TRANSFER MATTER
TO FIRST CIRCUIT COURT OF APPEALS PURSUANT TO
§ 106(c) OF THE REAL ID ACT OF 2005

Respondents hereby move to transfer this action to the First Circuit Court of Appeals pursuant to § 106(c) of the Real ID Act of 2005, Pub. L. No. 109-13, Div. B., 119 Stat. 321("RIDA").

As grounds therefore, the Respondents state that the Petitioner, a citizen of the United Kingdom ("UK"), through this habeas petition, challenges the validity of an order of the District Director, pursuant to 8 C.F.R. §§ 217 and 237, ordering his immediate removal to the UK.

Pursuant to the RIDA, Congress has directed that any habeas claim, as in this case, challenging the validity of an order of removal pending on the date of the statute's enactment, May 15, 2005, shall be transferred to the Court of Appeals.

The Respondents rely on their Memorandum of Law filed simultaneously herewith.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        /s/ Michael Sady
                                        Michael Sady
                                        Assistant U.S. Attorney
                                        United States Attorney's Office
                                        John Joseph Moakley Courthouse
                                        One Courthouse Way
                                        Boston, MA 02210
                                        (617) 748-3100

DATED: May 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on May 20, 2005 addressed to Peter J. Mitchell, P.O. Box 4438, Springfield, MA  01101.

                                        /s/ Michael Sady
                                        Michael Sady
                                        Assistant U.S. Attorney

## LOCAL RULE 7.1 (A)(1) CERTIFICATION

The undersigned counsel certifies that he has contacted Petitioner's counsel concerning the instant motion.

                                        /s/ Michael Sady
                                        Michael Sady