UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR POWELL, )
    Petitioner, ) Civil Action No.
 )
    05-10824-NMG
v. )
 )
DEPARTMENT OF HOMELAND SECURITY
District Director, and )
BUREAU OF IMMIGRATION AND CUSTOMS
ENFORCEMENT, )
    Respondents,

### MOTION TO AMEND PETITION FOR A WRIT OF HABEAS CORPUS.

    NOW comes the petitioner in the above captioned matter and hereby moves this Honorable Court to amend his petition in the interest of justice.

    1) Petitioner moves to amend that portion of the petition entitled "FACTUAL BACKGROUND", paragraph three, sentence four, which states ' In addition, petitioner was also convicted of criminal possession of a controlled substance on December 19, 1998. Petitioner avers that he entered a plea of guilty to criminal possession of a controlled substance in the 4th degree on November 17, 1988. (See Exhibit # 28).

    2) Petitioner moves to amend that portion of the petition entitled " LEGAL ANALYSIS", paragraph one to add to that paragraph that petitioner relies on his contention that he had obtained Lawful Permanent Resident Status on the basis of United States v. Brissett, 720 F.Supp. 90. In Brisset, the Court found that an alien applicant for adjustment of status to permanent resident is not without authorization to remain in the United States, and thus is not "illegally" or unlawfully in the country within the criminal statutes invoked in that case. The court further stated that United States immigration regulations permit an applicant for adjustment of status to permanent resident under 8 U.S.C. section 1255 to remain in the country pending disposition of the application.

    3) Petitioner moves to amend that portion of the petition entitled " LIST OF EXHIBITS" , to add to the list of exhibits:

    Exhibit # 27 ……………………. Response from ICE for release from custody
    Exhibit # 28…………………….. Certificate of Disposition

Exhibit # 29.........................Record of Deportable/Inadmissible Alien

WHEREFORE, petitioner prays that this Honorable Court grants his requests.

ARTHUR POWELL<br>
By his attorney<br>
<br>
PETER J. MITCHELL<br>
B.B.O# 641852<br>
P.O. Box 4438<br>
Springfield, MA 01101<br>
(508) 755-4688

## CERTIFICATE OF SERVICE

I. Peter J. Mitchell, Esq., counsel for the petitioner, Arthur K. Powell, do hereby state that a copy of the forgoing Motion to Amend Petition for a Writ of Habeas Corpus, Motion for a Change of Custody Hearing and Memorandum in Support thereof was served on counsel for the respondents, Department of Homeland Security, District Director and Bureau of Immigration and Customs Enforcement, Assistant United States Attorney Michael Sady, and a copy to the United States District Court, Massachusetts, by certified mail.

Respectfully submitted,

_____
Peter J. Mitchell, Esq.

Date June 13, 2005

## LOCAL RULE 7.1(A)(1) CERTIFICATION

The undersigned counsel certifies that he has contacted respondent's counsel concerning the instant motions.



**U.S. Department of Homeland Security**
John F. Kennedy Federal Building
Boston, MA 02203

**U.S. Immigration and Customs Enforcement**

May 23, 2005

POWELL, Arthur K.              A70 895 253
C/O Peter J. Mitchell
P.O. Box 4438
Springfield, MA 01101

This is in response to your request to be released from I.C.E. custody, dated May 16, 2005.

This office is unable to consider your request as you are subject to the mandatory detention provisions of Section 236(c) of the Immigration & Nationality Act.

Sincerely,

Bruce E. Chadbourne
Field Office Director

COUNTY COURT OF THE STATE OF NEW YORK        FEE:$5.00
NASSAU COUNTY
COUNTY COURT HOUSE
262 OLD COUNTRY ROAD
MINEOLA, NY  11501

CERTIFICATE OF DISPOSITION - SUPERIOR COURT INFORMATION

DATE: 06/09/2005                CERTIFICATE OF DISPOSITION NUMBER: 2214

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:           SCI-69864-88
            VS.                     LOWER COURT NUMBER(S):
                                    DATE OF ARREST:        09/16/1988
                                    ARREST #:              262332
                                    DATE OF BIRTH:         11/16/1958

POWELL,ARTHUR K
_____
            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 11/17/1988 BEFORE THE HONORABLE
WEXNER,I   THEN A JUDGE OF THIS COURT, THE ABOVE NAMED DEFENDANT
ENTERED A PLEA OF GUILTY TO THE CRIME(S) OF

CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 4th DEGREE PL  220.09 01 CF

THAT ON 12/19/1988 THE ABOVE NAMED DEFENDANT WAS SENTENCED
BY THE HON. WEXNER,I ,THEN A JUDGE OF THIS COURT TO

CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 4th DEGREE PL  220.09 01 CF
   IMPRISONMENT =   6 MONTH(S)
   PROBATION = 5 YEAR(S)


IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 06/09/2005.

                                    _____
                                           CLERK OF COURT

**U.S. Department of Justice**
Immigration and Naturalization Service

## Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| POWELL, Arthur | | | | M | BRO | BRO | DRK |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| UNITED KINGDOM | | Case No: MAN0306000004 / A070 895 253 | 70 | 175 | DISPATCH |

**U.S. Address**
148 - 03 225 STREET BASEMENT
SPRINGFIELD GARDENS, NEW YORK 11413

Scars and Marks: See Narrative

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Marital |
|---|---|---|---|
| 12/22/1993, Unknown Time, At NYC, VISA WAIVER PROGRAM | | 710795JA1 | ☒ Married |

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension: L 511.2.2

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 11/16/1958   Age: 44 | 06/05/2003 | BOS/MAN | Manchester, NH | 06/04/2003 0000 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| BIRMINGHAM, N/A, UNITED KINGDOM | | | | | JOHN K. GIBBONS |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | SAME AS ABOVE, | Visa Waiver Program | SERVICES |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | 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 | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | See narrative |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: UNITED KINGDOM
POWELL, Dinnon
SAB

Number and Nationality of Minor Children: 3 USC CHILDREN

Father's Name, Nationality, and Address, if Known Nationality: JAMAICA
POWELL, Arthur
DECEASED

Mother's Present and Maiden Names, Nationality, and Address, if Known
BURKETT, Joan  Nationality: JAMAICA

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) See Narrative |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary Weekly | Employed from/to |
|---|---|---|---|
| LAURTON CAB COMPANY | Operators, Fabricators, and Laborers | 200.00 | 03/ /2003  / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 16753468

SCARS, MARKS AND TATTOOS
None Indicated

INS SYSTEMS CHECKS
Central Index System Positive
Interagency Border Inspection System Negative
National Crime Information Center Positive
Non Immigrant Information System Positive
Treasury Enforcement Communications System Negative

CHARGE CODE WORD(S)
R1B
R3D

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by GIBBONS

ENTRY: Subject is a citizen and national of United Kingdom. Subject entered the United States at New York, New York on December 12, 1993 under the Visa Waiver Program with authorization to remain in the United States until March 11, 1994. Subject remained beyond March 14, 1994 without permission from BICE.

JOHN GIBBONS
IMMIGRATION AGENT
(Signature and Title of INS Official)

Alien has been advised of communication privileges. _____ (Date/Initials)

Distribution:
File
Stats

Received: (Subject and Documents) (Report of Interview)
Officer: **JOHN GIBBONS**
on: **March 25, 2005** at _____ (time)

Disposition: Warrant of Arrest/Notice to Appear

Examining Officer: **MARK FURTADO**

Form I-213 (Rev. 4/1/97)Y

| U.S. Department of Justice<br>Immigration and Naturalization Service | Continuation Page for Form I-213 | |
|---|---|---|
| Alien's Name<br>POWELL, Arthur | File Number<br>Case No: MAN0306000004<br>A070 895 253 | Date<br>06/05/2003 |

APPRE: Subject was encountered during Operation Deception. Operation Deception is a multi - agency task force investigating foreign nationals applying for US Passports.
PROCS: Subject issued WA and Order of Removal and held in service custody.
INTEL: Subject was indict May 22, 2003 of Passport Fraud and False Statements in US District Court in Concord, New Hampshire. On May 23, 2003 a Warrant of Arrest was issued for the above subject. Subject was arrested on May 28, 2003 by the US Department of State / Bureau of Diplomatic Security. Subject has been convicted in the Nassau County Court of Criminal Possession of a Controlled Substance on December 19, 1998 and was sentenced to 6 months. Subject was convicted on March 25, 2005 in United States District Court of False Statements (18USC1001) and was sentenced to 2 years probation. Subject is negative in IBIS. Subject has no other criminal record.

| Signature<br>JOHN GIBBONS | Title<br>IMMIGRATION AGENT |
|---|---|

Form I-831 Continuation Page (Rev. 6/12/92)