*Peter J. Mitchell, Esq.*
*P.O. Box 4438*
*Springfield, MA 01101*
*(413) 736-3993   (508) 755-4688*
*Fax (508) 481-3823*

June 27, 2005

The Honorable Justice Nathaniel M. Gorton
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

                Re: Arthur K. Powell
                Case #: 05-10824-NMG

Your Honor:

Arthur K. Powell has respectfully filed a petition for a writ of habeas corpus before the court. He pleads to the court that he has lived in the United States for many years, and he has become part of the fabric of the community to have lawful status and substantive rights.

Mr. Powell respectfully comes to you asking for a change of custody hearing on his Immigration and Customs Enforcement detention. Mr. Powell has been has been detained since March 25, 2005, over the 90-day period for removal. He requested a bond from Immigration and Custom Enforcement, but was denied on the basis that he was held to mandatory detention pursuant to Immigration and Naturalization Act (INA) section 236(c). However, as outlined in his memorandum in support of a motion for a change of custody hearing, there is no legal basis for his detention by that provision.

On behalf of Mr. Powell's wife, children, family and friends, we respectfully ask the opportunity to be heard on this issue. Thank you for your time and consideration.

Yours very truly,

Peter J. Mitchell, Esq.