## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10824

Arthur Powell

v.

Department of Homeland Security, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I (order transferring case) are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/30/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 15, 2005.

Sarah A. Thornton, Clerk of Court

By

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/16/05 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

CLOSED, HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10824-NMG

Powell v. Department of Homeland Security et al

Assigned to: Judge Nathaniel M. Gorton

Cause: 28:1651 Petition for Writ of Habeas Corpus

Date Filed: 04/25/2005

Jury Demand: None

Nature of Suit: 530 Habeas Corpus (General)

Jurisdiction: Federal Question

## Petitioner

**Authur Powell**

represented by **Peter J. Mitchell**
Laww Office of Peter J. Mitchell
340 Main Street
Suite 713
Worcester, MA 01608
US
508-755-4688
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Respondent

**Department of Homeland Security**

represented by **Frank Crowley**
Immigration and Customs Enforcement, Dept. of Homeland Secur
PO Box 8728
JFK Station
Boston, MA 02114
617-565-2415

Email:
Frank.Crowley@dhs.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

### Jennifer C. Boal

United States Attorney's
Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Email:
jennifer.boal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

### Michael P. Sady

United States Attorney's
Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3362
Fax: 617-748-3971
Email:
michael.sady@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

## Respondent

**Bureau of Immigration and**   represented by **Frank Crowley**
**Customs Enforcement**                          (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE*
                                                 *NOTICED*

                                                 **Jennifer C. Boal**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE*
                                                 *NOTICED*

                                                 **Michael P. Sady**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE*
                                                 *NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 5, receipt number 63753, filed by Authur Powell. (Attachments: # 1 Part 2# (2) Part 3# (3) Part 4)Parts 3 & 4 were not scanned due to personal information being contained in those parts. (Nici, Richard) Modified on 4/28/2005 (Nici, Richard). Mailed copy to respondant and US Attorney 4/28/2005 (Nici, Richard). Modified on 4/28/2005 (Nici, Richard). (Entered: 04/27/2005) |
| 04/25/2005 | 2 | MOTION to Stay Execution by Authur Powell.(Nici, Richard) (Entered: 04/28/2005) |
| 04/25/2005 | 3 | NOTICE of Appearance by Peter J. Mitchell on behalf of Authur Powell (Nici, Richard) (Entered: 04/28/2005) |
| 04/27/2005 |  | If the trial Judge issues an Order of Reference of any |

| | | |
|---|---|---|
| | | matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Nici, Richard) (Entered: 04/27/2005) |
| 04/29/2005 | 4 | Judge Nathaniel M. Gorton : Electronic ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 60 days of rcpt of this order or prior to Petitioners deportation. (Nicewicz, Craig) (Entered: 04/29/2005) |
| 05/20/2005 | 5 | MOTION to Transfer Case *to First Circuit Court of Appeals Purusant to S. 106(c) of The Real ID Act of 2005* by Department of Homeland Security, Bureau of Immigration and Customs Enforcement.(Sady, Michael) (Entered: 05/20/2005) |
| 05/20/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Transfer Case *to First Circuit Court of Appeals Purusant to S. 106(c) of The Real ID Act of 2005* filed by Department of Homeland Security, Bureau of Immigration and Customs Enforcement. (Sady, Michael) Additional attachment(s) added on 6/17/2005 (Elefther, Elizabeth). (Entered: 05/20/2005) |
| 06/15/2005 | 7 | MOTION for a Change of Custody Status Hearing by Authur Powell.(Elefther, Elizabeth) (Entered: 06/15/2005) |
| 06/15/2005 | 8 | MEMORANDUM in Support re 8 MOTION for a Change of Custody Status Hearing filed by Authur Powell. (Elefther, Elizabeth) (Entered: 06/15/2005) |
| 06/15/2005 | 9 | MOTION to Amend 1 Petition for Writ of Habeas Corpus (2241), Petition for Writ of Habeas Corpus (2241) by Authur Powell. (Attachments: # 1 Exhibit A)(Elefther, Elizabeth) (Entered: 06/15/2005) |
| 06/29/2005 | 10 | Opposition re 7 MOTION for Hearing filed by Department of Homeland Security, Bureau of |

| | | Immigration and Customs Enforcement. (Attachments: # 1)(Sady, Michael) Modified on 6/30/2005 (Nicewicz, Craig). (Entered: 06/29/2005) |
|---|---|---|
| 06/30/2005 | 11 | Letter from Peter J Mitchell requesting a change of custody hearing on defendant's immigration detention for Arthur K. Powell. (Elefther, Elizabeth) (Entered: 06/30/2005) |
| 06/30/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 2 Motion to Stay, granting 5 Motion to Transfer Case, denying 7 Motion for Hearing, denying 9 Motion to Amend as moot. (Nicewicz, Craig) (Entered: 07/01/2005) |
| 07/01/2005 | | Civil Case Terminated. (Nicewicz, Craig) (Entered: 07/01/2005) |